IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA M. DOWLING,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | 8:22CV326<br><br>**ORDER** |
| THERESA M. DOWLING, a minor child, individually, and by and through Theresa M. Dowling, his parent, next of friend, and guardian;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | 8:22CV327<br><br>**ORDER** |

This matter is before the Court on the Stipulated Motion to Consolidate (Filing No. 9). Upon consideration, the motion is granted.

Accordingly,

**IT IS ORDERED** as follows:

1. The Stipulated Motion to Consolidate (Case No., 8:22CV326, [Filing No. 9](#)) is granted.

2. Case No. 8:22CV326 is hereby designated as the "Lead Case." Case No. 8:22CV327 is hereby designed as the "Member Case."

3. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case all further documents except those described below and to select the option "yes" in response to the System's question of whether to spread the text.

4. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5. If a party believes that an item in addition to those described in Paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in only one of the consolidated cases.

6. The Clerk of Court shall request a reassignment order from Chief United States District Court Judge Robert Rossiter, Jr. as the above-captioned cases are presently assigned to different district court judges.

Dated this 17th day of October, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge