# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THERESA M. DOWLING,** | 8:22CV326 |
| Plaintiff, | |
| vs. | **ORDER** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | |
| Defendant. | |

Counsel notified the undersigned magistrate judge during the status conference held on August 30, 2024, that they have settled this case. Accordingly,

**IT IS ORDERED:**

1. On or before **September 30, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 30th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge