IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA M. DOWLING,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | 8:22CV326<br><br>ORDER OF DISMISSAL |

      This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 88). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

      **IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

      Dated this 2nd day of October, 2024.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge